**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 12-1378**

─────────────

ROBERT LEPELLETIER, JR.,

        Plaintiff - Appellant,

    v.

FAIR OAKS MOTORS, INC., trading as Fair Oaks Chantilly
Chrysler Jeep; ALLY FINANCIAL INC.; BRANCH BANKING & TRUST
CO., d/b/a BB&T Sales Finance; WELLS FARGO DEALER SERVICES,
INC., now known as Wells Fargo Bank, N.A.,

        Defendants - Appellees,

    and

CAPITAL ONE N.A., trading as Capital One Auto Finance;
EQUIFAX INFORMATION SERVICES, LLC,

        Defendants.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:11-cv-01268-LMB-IDD)

─────────────

Submitted:  July 26, 2012          Decided:  August 1, 2012

─────────────

Before DUNCAN and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Robert Lepelletier, Jr., Appellant Pro Se.  Ronald Greer DeWald, LIPSHULTZ & HONE CHARTERED, Silver Spring, Maryland; Maryia Yrjeuna Jones, John Curtis Lynch, Ethan G. Ostroff, TROUTMAN SANDERS, LLP, Virginia Beach, Virginia; Nicholas Richard Klaiber, TROUTMAN SANDERS, LLP, Richmond, Virginia; Syed Mohsin Reza, Mary Catherine Zinsner, TROUTMAN SANDERS, LLP, McLean, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lepelletier, Jr., appeals the district court's order denying his Fed. R. Civ. P. 15 motion to amend and dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Lepelletier v. Fair Oaks Motors, Inc.</u>, No. 1:11-cv-01268-LMB-IDD (E.D. Va. Feb. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3